UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jeremy David Asher, | Case No. 19-cv-2381 (PJS/DTS) |
| Plaintiff, | |
| v. | ORDER |
| Jody Harpstad, et al., | |
| Defendants. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated January 24, 2020. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**: Plaintiff Jeremy David Asher's Motion for Temporary Restraining Order [Dkt. No. 39] is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 2/19/20

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge