UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jeremy David Asher,  Case No. 19-cv-2381 (PJS/DTS)

    Plaintiff,

v.  **ORDER**

Jody Harpstead,
*Acting Commissioner of
Department of Human Services*; *et al.*

    Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated January 15, 2021. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. Defendants' motion to dismiss [ECF No. 62] is GRANTED.

2. This matter is DISMISSED WITH PREJUDICE in part and DISMISSED WITHOUT PREJUDICE in part, as follows:

    a. Asher's claim regarding the legality of the strip search upon entry at the HSA is DISMISSED WITH PREJUDICE.

    b. All other claims are DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 12, 2021

                                                              _____
                                                              PATRICK J. SCHILTZ
                                                              United States District Court Judge

2